ADOLPH BOSKOWITZ, Respondent, *v.* THE CONTINENTAL INSURANCE COMPANY, Appellant.

*Boskowitz* v. *Continental Ins. Co.*, 175 App. Div. 18, appeal dismissed.

(Argued February 26, 1917; decided March 6, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 22, 1916, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a policy of fire insurance.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the facts sufficiently sustained the verdict; that the appeal was without merit, and taken solely for purpose of delay.

*Max D. Steuer* for motion.

*Bruce Ellison, William B. Ellison* and *Andrew A. Fraser* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.